NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5019

INTERSPIRO, INC.,

Plaintiff-Appellant,

and

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY,

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee,

and

MINE SAFETY APPLIANCES CO.,

Defendant-Appellee.

David R. Hazelton, Lathan & Watkins LLP, of Washington, DC, argued for plaintiff-appellant.  With him on the brief was Joshua K. Chandler.

Timothy P. McIlmail, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director, and Leslie Cayer Ohta, Attorney.  Of counsel was John G. Terra, Attorney, Air Force Legal Services Agency, United States Air Force, of Arlington, Virginia.

Thomas P. Humphrey, Crowell & Moring, LLP, of Washington, DC, argued for defendant-appellee, Mine Safety Appliances Co.  With him on the brief were Elizabeth W. Newsom, Amy Laderberg O'Sullivan, and Rebecca K. Lee.

Appealed from: United States Court of Federal Claims

Judge Nancy B. Firestone

# United States Court of Appeals for the Federal Circuit

2007-5019

INTERSPIRO, INC.,

Plaintiff-Appellant,

and

SCOTT TECHNOLOGIES, INC., d/b/a
SCOTT HEALTH & SAFETY

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee,

and

MINE SAFETY APPLIANCES CO.,

Defendant-Appellee.

# Judgment

ON APPEAL from the        **UNITED STATES COURT OF FEDERAL CLAIMS**

In CASE NO(S).        **06-CV-425**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON and MOORE, <u>Circuit Judges</u>).

Affirmed.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>July 11, 2007</u>        /s/  Jan Horbaly

Jan Horbaly, Clerk